CLOSED, CV

**U.S. District Court**
**U.S.District Court Minnesota (DMN)**
**CIVIL DOCKET FOR CASE #: 0:07-cv-04345-DSD-JJG**
**Internal Use Only**

Thompson v. Davol, Inc. et al
Assigned to: Senior Judge David S. Doty
Referred to: Magistrate Judge Jeanne J. Graham
Demand: $75,000
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability

Date Filed: 10/22/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Paula P. Thompson** represented by **Charles H Johnson**
Charles H Johnson & Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651-633-5685
Fax: 651-633-4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/22/2007 | 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. (Filing fee $350 receipt number 4017126) assigned to Judge David S. Doty per Master List referred to Magistrate Judge Jeanne J. Graham, filed by Paula P. Thompson. (Attachments: # 1 Civil Cover Sheet) (jc) (Entered: 10/22/2007) |
| 10/22/2007 | | Summons Issued as to Davol, Inc., C.R. Bard, Inc. (jc) (Entered: 10/22/2007) |
| 10/22/2007 | | (Court only) *** Copy of complaint sent to the MDL Panel 1842. (jc) (Entered: 10/22/2007) |
| 11/07/2007 | 2 | WAIVER OF SERVICE Returned Executed filed by Paula P. Thompson. |

| | | |
|---|---|---|
| | | Davol, Inc. waiver sent on 10/29/2007, answer due 12/28/2007; C.R. Bard, Inc. waiver sent on 10/29/2007, answer due 12/28/2007. (jc) (Entered: 11/07/2007) |
| 12/05/2007 | 3 | ORDER CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO-10), transferring case to the District of Rhode Island per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Mary M. Lisi. (JMH) (Entered: 12/06/2007) |